## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | | |
|---|---|---|
| MARIO RODRIGUEZ, | § | |
| | § | |
| Plaintiff, | § | |
| v. | § | Cause No. 4:15-cv-02896 |
| | § | |
| BREAKPOINT SERVICES, LLC, | § | |
| | § | |
| | § | A Jury is Demanded |
| | § | |
| Defendant. | § | |
| | § | |

## NOTICE OF SETTLEMENT

Plaintiff, MARIO A. RODRIGUEZ, by and through his undersigned attorney, give notice that the parties have settled the above styled case and are currently working out the terms of a settlement agreement.

Respectfully submitted,

**ROSS LAW GROUP**

*s/ Thomas H. Padgett, Jr.*
**THOMAS H. PADGETT, JR.**
Texas Bar No. 15405420
Fed. ID:  11554
Attorney-in-Charge
4809 Pine St.
Bellaire, Texas 77401
Ph:  800-634-8042
Ph:  512-474-7677
Fax: 512-4745306
tpadgett@rosslawgroup.com

**CHARLES L. SCALISE**
Texas Bar No. 24064621
**DANIEL B. ROSS**
Texas Bar No. 00789810
1104 San Antonio St.
Austin, Texas 78701
**ATTORNEYS FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

I certify that on February 9, 2016, I caused the foregoing document to be filed with the Clerk of the Court using ECF, which will send notification to the following:

> Ruth Ann Daniels
> Gray Reed & McGraw, P. C.
> 4600 Thanksgiving Tower
> Dallas, TX 75201
> *Counsel for Defendant*

*s/ Thomas H. Padgett, Jr.*
**THOMAS H. PADGETT, JR.**
